PHEBE A. SMITH, Appellant, *v.* JOHN MACARTHUR, Respondent.

(Submitted October 21, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the second judicial department, entered upon an order made May 24, 1889, which affirmed a judgment in favor of defendant entered upon a verdict and affirmed an order denying a motion for a new trial.

*Benjamin W. Downing* for appellant.

*Charles J. Patterson* for respondent.

Agree to affirm; no opinion.
All concur.
Judgment affirmed. _____

CLARA CAMPBELL. Respondent, *v.* CHARLES ARBUCKLE, Appellant.

(Argued October 21, 1890; decided December 2, 1890.)

APPEAL from judgment of the General Term of the Supreme Court in the first judicial department, entered upon an order made January 28, 1890, which affirmed a judgment in favor of plaintiff entered upon a verdict.

*John E. Parsons* for appellant.

*C. E. Rushmore* for respondent.

Agree to affirm; no opinion.
All concur, except ANDREWS, PECKHAM and GRAY, JJ., dissenting.
Judgment affirmed.